**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DEENAY OCHOA

ADRIAN ORONA

JUAN VILLAGOMEZ,

and all others similarly situated,

     Plaintiffs,

v.

RUBEN ISRAEL AGUILAR

HIGH HORSE INVESTMENT LLC, and

HH ADMINISTRATION LLC,

     Defendants.

2:24-cv-00597-WJ-KRS

**JURY TRIAL DEMANDED**

**PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND**
**COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Plaintiffs Deenay Ochoa, Adrian Orona, and Juan Villagomez, on behalf of themselves and all those similarly situated, respectfully move this Court for an Order conditionally certifying this case as a collective action and authorizing that notice be sent pursuant to 29 U.S.C. § 216(b) to all similarly situated employees of Defendants in accordance with the Fair Labor Standards Act. In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and exhibits. During the Parties' September 30, 2024, Fed. R. Civ. P. 26(f) conference (and in their report to the Court) Plaintiffs told Defendants that they were filing this motion and Defendants did not consent.

Dated: October 29, 2024          Respectfully submitted,


                                      */s/ Molly A. Elkin*

Molly A. Elkin (*Pro Hac Vice*)
Patrick J. Miller-Bartley (*Pro Hac Vice*)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com
pmb@mselaborlaw.com

*/s/ Stephen Curtice*
Shane Youtz
Stephen Curtice
Youtz & Valdez PC
900 Gold Ave. SW
Albuquerque, NM 87102
Telephone: (505) 244-1200
shane@youtzvaldez.com
stephen@youtzvaldez.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification to Counsel for Defendants:

Daniel A. Ivey-Soto
InAccord, P.C.
1420 Carlisle Blvd. NE, Ste. 208
Albuquerque, NM 87110-5662
Tel: (505) 881-4475
Fax: (505) 248-1234
Danial@InAccord.pro

/s/ Molly A. Elkin
Molly A. Elkin (Va. Bar No. 40967)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com

/s/ Stephen Curtice
Shane Youtz
Stephen Curtice
Youtz & Valdez PC
900 Gold Ave. SW
Albuquerque, NM 87102
Telephone: (505) 244-1200
shane@youtzvaldez.com
stephen@youtzvaldez.com

*Attorneys for Plaintiffs*