# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DEENAY OCHOA, ADRIAN ORONA,
JUAN VILLAGOMEZ, and all others similarly situated,

    Plaintiffs,

v.                                            No. 2:24-cv-597 WJ/KRS

RUBEN ISRAEL AGUILAR,
HIGH HORSE INVESTMENT, LLC, and
HH ADMINISTRATION, LLC,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on November 5, 2024, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

IT IS SO ORDERED this 5th day of November, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE