**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DEENAY OCHOA, ADRIAN ORONA,
JUAN VILLAGOMEZ, and all others similarly situated,

      Plaintiffs,

v.                             No. 2:24-cv-597 WJ/KRS

RUBEN ISRAEL AGUILAR,
HIGH HORSE INVESTMENT, LLC, and
HH ADMINISTRATION, LLC,

      Defendants.


## ORDER SETTING PRETRIAL DEADLINES AND BRIEFING SCHEDULE

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on November 5, 2024. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with modifications, as reflected below.

The deadline for Plaintiffs to move to amend pleadings and/or join additional parties if conditional certification of a collective action is granted is **thirty (30)** days after the expiration of the opt-in period set forth in the order granting certification. The deadline for Defendants to move to amend pleadings and/or join additional parties is **November 29, 2024**.

Plaintiffs filed their motion for conditional certification of a collective action on October 29, 2024 (Doc. 24). Briefing of the motion shall be governed by the local rules of civil procedure. Considering the nature of this case, and pursuant to the parties' Joint Status Report (Doc. 23), the parties shall file an Amended Discovery Plan either **fourteen (14) days** after the date on which the motion for conditional certification of a collective action is denied, or, if conditional certification is granted, **fourteen (14) days** after the expiration of the opt-in period specified in the order

granting conditional certification. Thereafter, the Court will set a new scheduling conference by separate order.

      IT IS SO ORDERED this 5th day of November, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE