Case 2:24-cv-00597-KWR-KRS   Document 46   Filed 05/27/25   Page 1 of 2

May 16, 2025

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 27 2025

MITCHELL R. ELFERS
CLERK

Vanessa "Izzei" Isleib
1151 Turkey Knob Dr Las Cruces, NM 88012   izzeihoney@hotmail.com   5756400833

Claimant ID: 0000010672
Clerk of the Court, United States District Court

Re: Objection to Settlement in *Ochoa, et al. v. Aguilar, et al.*, Case No. 2:24-cv-00597-KWR-KRS

Dear Clerk,

I, Vanessa Isleib, hereby submit this statement to formally object to the proposed settlement in the case of *Ochoa, et al. v. Aguilar, et al.*, Case No. 2:24-cv-00597-KWR-KRS. I intend to appear at the fairness hearing on July 28, 2025, via Zoom.

I am not satisfied with the settlement amount offered of \$1,312.54. As a full-time employee, I was regularly offered generous tips from patients, which I never received. While the case primarily addresses the issue of misappropriated tips, there were other significant wrongdoings that affected my employment.

I was one of the few full-time graveyard-shift employees, working undesirable hours. Despite my efforts with management, I was not given the opportunity to move back to a day shift until I involved Human Resources. Furthermore, I never received differential pay for working graveyard shifts or for training new graveyard employees, even though those new employees received differential pay.

When I raised these issues with previous management, I experienced retaliation. Graveyard employees did not begin receiving breaks for 8-hour shifts until I started training new employees, and this change only occurred because of my advocacy during shift overlaps. Despite my efforts to improve the situation, I was unjustly terminated for an action that four other individuals also committed.

I believe the proposed settlement does not adequately compensate for the financial losses, the unfair labor practices, and the retaliatory actions I experienced during my employment. I respectfully request that the Court consider these objections and ensure a fairer resolution.

Sincerely,

Ms. Isleib
Former Budtender

*[signature]*

Vanessa Isleib
1151 Turkey Knob Dr.
Las Cruces, NM 88012

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 27 2025
MITCHELL R. ELFERS
CLERK

EL PASO TX 798
22 MAY 2025 AM 2 L

U.S. District Court
District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW, Suite 270
Albuquerque, NM 87102

87102-227470

