IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DEENAY OCHOA, ADRIAN ORONA, JUAN VILLAGOMEZ, and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>RUBEN ISRAEL AGUILAR, HIGH HORSE INVESTMENT LLC, and HH ADMINISTRATION LLC,<br><br>  Defendants. | 2:24-cv-00597-KWR-KRS |

**ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Upon consideration of the Parties' Joint Motion For Final Approval of Settlement and Stipulation of Dismissal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that:

(1) a bona fide legal dispute between the Parties as to whether Settlement Class Members are owed any wages, redistributed tips, or statutory damages exists;

(2) the Agreement, Dkt. 42-2, is approved as fair, reasonable, adequate, and binding on all Settlement Class Members;

(3) the procedure for Defendants to pay the Settlement Amount along with the employer's share of payroll taxes into the Qualified Settlement Fund ("QSF") as described in the Agreement is approved;

(4) the Administration of the QSF as described in the Agreement is approved;

(5) the claims of the Named Plaintiffs, Opt-In Plaintiffs, and Class Members are dismissed with prejudice;

(6) the Attorneys' Fees and Litigation Expenses set forth in the Agreement are approved;

(7) the Service Awards set forth in Paragraph 11.5 are approved;

(8) the Settlement Administration Costs to the Settlement Administrator in the amount of $9,090.00 as set forth in the Paragraph 11.3 of the Agreement are approved;

(9) a class as defined in the Parties' Agreement is certified for settlement purposes only pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; and

(10) jurisdiction over the interpretation and implementation of the Agreement will be retained by the Court.

Dated: July 28, 2025

_____/S/_____
Hon. Kea W. Riggs
United Staes District Judge

**Submitted by:**

*/s/ Molly A. Elkin*
Molly A. Elkin (*associated pro hac vice*)
Patrick J. Miller-Bartley (*associated pro hac vice*)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com
pmb@mselaborlaw.com

*/s/ Stephen Curtice*
Shane Youtz
Stephen Curtice
James A. Montalbano
Youtz & Valdez PC
900 Gold Ave. SW

Albuquerque, NM 87102
Telephone: (505) 244-1200
shane@youtzvaldez.com
stephen@youtzvaldez.com
james@youtzvaldez.com

Class Counsel

*Approved by:*

/s/ Daniel Ivey-Soto
Daniel A. Ivey-Soto
InAccord, P.C.
1420 Carlisle Blvd. NE, Ste. 208
Albuquerque, NM 87110-5662
Tel: (505) 881-4475
Fax: (505) 248-1234
Daniel@InAccord.pro

*Attorney for Defendants*