IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEENAY OCHOA, ADRIAN ORONA,
JUAN VILLAGOMEZ, *and all others
similarly situated*,

       Plaintiffs,

  v.

                                              Case No. 2:24-cv-00597 KWR/KRS

RUBEN ISRAEL AGUILAR, HIGH
HORSE INVESTMENT, LLC, and HH
ADMINISTRATION, LLC,

       Defendants.

## JUDGMENT

Consistent with the Order Granting the Joint Motion for Final Approval of Settlement and Stipulation of Dismissal (Doc. 51) entered concurrently herewith, all claims in this case are dismissed. This judgment is entered consistent with the terms of said order and the settlement agreement. The Court retains jurisdiction over the interpretation and implementation of the agreement.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is dismissed.

                                                    ___/S/_____
                                                    KEA W. RIGGS
                                                    UNITED STATES DISTRICT JUDGE